United States District Court
Southern District of New York
Desmond M. Wotherspoon



RECEIVED
JUL - 6 2015
PRO SE OFFICE

Plaintiff,

Complant

Desmond M. Wotherspoon

15CV5253

-vs-

Defendant(s)

Paychex, IRS, New York Liberty, Merch & Co, Adidas group,
luster Products inc., Jamaica Judiciary, Jamican Boxing
Board of Control, Federal Court of Malaysia, Brazilian Federal
Court

Paychex ~ 1551 South Washington Ave #200 Piscataway Twp, N.J.

IRS - 1111 Constitution Ave NW # 5480 Washington, D.C. 20224

New York Liberty: 645 5th Ave New York, N.Y.

Merch & Co: 2000 Galloping Hill Kenilworth, N.J.

Addidas Group: 5055 N Greenley Ave Portland, Oregon

Luster Productions inc - 1104 w 43rd st chicago IL

Jamacran Judiciary: Barry st Kingston, Jamacia

Brazillan Federal Court: Praca dos Tres Ponderes, Brasilia
                          DF 70145-900 Brazil

Federal Court of Malaysia: Palace of Justice, Precint 3
                            62506 Patrajaya, Malaysia

Jamaica Boxing Board of Control: 31 Pineoenix Ave
                                  Kingston, Jamaica WI



The judiciary of this court is invoked in Pursuit:
       Bais/Prejudice | 5 USC. 133

Statement of Claim: Reorganization of Government Entities
Paychex expressing bias/Prejudice decisions

Remedy: Service Agreement

7/1/15

Desmond M. Wotherspoon

D. MW



To: United States District Court
Southern District of New York
(clerks office)

Pro se 82/2/15

From: Desmond M. Wotherspon
296 Ninth Ave New York, N.Y.

RECEIVED
SDNY PRO SE OFFICE
2015 JUL -6 A 8:29